UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:09-cr-0125-SEB-TAB |
| | ) | |
| GREGORY WILLIAMSON, | ) | - 01 |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A. Baker=s Report and Recommendation that Gregory Williamson=s supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 12 months and 1 day, in the custody of the Attorney General. Upon Mr. Williamson=s release from confinement, he will be subject to 2 years of supervised release and with up to the first 90 days of such period of supervision to be served in the Volunteers of America and under the same supervision terms and conditions previously imposed.

SO ORDERED

Date: 01/23/2014

_SARAH EVANS BARKER, JUDGE_
United States District Court
Southern District of Indiana

Distribution:

Matthew Rinka
Assistant U. S. Attorney
matthew.rinka@usdoj.gov

Mike Donahoe
Office of Indiana Federal Community Defender
mike.donahoe@fd.org